King v. Duryee.

THE ESSEX PUBLIC ROAD BOARD, PLAINTIFF IN ERROR, v. THE STATE, JAMES A. SPEER ET AL., PROSECUTORS, DEFENDANTS IN ERROR.

Error to the Supreme Court.   For opinion of Supreme Court see 18 *Vroom* 101.

For the plaintiff in error, *John W. Taylor*.

For the defendants in error, *Stevens & Ward*.

THE CHANCELLOR.   The judgment of the Supreme Court should be affirmed, for the reasons given by that court in its opinion.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MAGIE, PARKER, SCUDDER, BROWN, CLEMENT, COLE, WHITAKER.   9.

*For reversal*—DIXON, REED, MCGREGOR, PATERSON.   4.